[No. 10955-1-III.   Division Three.   October 24, 1991.]

BARBARA WEHRLI, *Appellant*, v. UNITED SECURITY BANK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 85-2-00220-1, James M. Murphy, J., entered June 19, 1990. *Reversed* and *remanded* by unpublished opinion per Thompson, A.C.J., concurred in by Munson, J., and Green, J. Pro Tem.

[No. 9750-1-III.   Division Three.   October 24, 1991.]

DONNELL W. DICKEY, ET AL, *Appellants*, v. WILLIAM WEBER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 85-2-00819-3, Evan E. Sperline, J., entered December 9, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Green, J. Pro Tem.

[No. 10811-2-III.   Division Three.   October 24, 1991.]

JACK R. HICKS, *Respondent*, v. FARMERS INSURANCE EXCHANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-03843-3, Richard J. Ennis, J. Pro Tem., entered May 10, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Shields, C.J., concurred in by Munson, J., and Green, J. Pro Tem.